# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEMAR D. MATTHEWS,<br>    Petitioner,<br>vs.<br>DWIGHT NEVEN, et al.,<br>    Respondents. | Case No. 2:14-cv-00472-GMN-PAL<br><br>**ORDER** |

Petitioner has paid the filing fee. Currently before the court are the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and petitioner's motion for appointment of counsel. Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B). The court will provisionally appoint the Federal Public Defender, but the court notes that there might be a conflict of interest. It appears that petitioner's co-defendant was Pierre Donte Joshlin, whom the Federal Public Defender represents in Joshlin v. Neven, No. 2:13-cv-01014-JAD-NJK.

**IT IS THEREFORE ORDERED** that the clerk of the court file the petition.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (#2) is **GRANTED**. The Federal Public Defender is provisionally appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall have **thirty (30) days** from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he shall then have **sixty (60) days** to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

**IT IS FURTHER ORDERED** that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims.

**IT IS FURTHER ORDERED** that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the clerk shall electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

**IT IS FURTHER ORDERED** that respondents' counsel shall enter a notice of appearance within **twenty (20) days** of entry of this order, but no further response shall be required from respondents until further order of the court.

**IT IS FURTHER ORDERED** that any exhibits filed by the parties shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED this 29th day of August, 2014.

Gloria M. Navarro, Chief Judge
United States District Court