# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEMAR D. MATTHEWS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00472-GMN-PAL

**ORDER**

The Federal Public Defender having advised the court that a conflict exists in representing petitioner, and good cause appearing;

**IT IS THEREFORE ORDERED** that Todd M. Leventhal, 626 S. Third Street, Las Vegas, NV 89101, is appointed as counsel for petitioner for all further proceedings.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

**DATED** this 10th day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court