**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEMAR D. MATTHEWS,

    Petitioner,       2:14-cv-00472-GMN-PAL

vs.

DWIGHT NEVEN, *et al.*,       **ORDER**

    Respondents.

_____/

In this habeas corpus action, the petitioner, Jemar D. Matthews, filed a first amended petition (ECF No. 14), on January 9, 2015. The court will set a schedule for further proceedings in this case, as follows:

Respondents shall respond to the first amended petition, by filing a motion to dismiss or an answer within 60 days from the date of this order.

If respondents file a motion to dismiss, petitioner shall have 30 days to respond to the motion to dismiss, and respondents shall thereafter have 20 days to file a reply in support of the motion to dismiss.

If respondents file an answer, petitioner shall have 30 days to file a reply to the answer.

If, after the reply is filed, respondents believe that a response to the reply is necessary (for example, if the reply raises a claim of cause and prejudice in response to an assertion of the procedural default doctrine by respondents), respondents may, within 10 days after the reply is filed, file a motion for leave of court to file a response to the reply.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court