UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEMAR D. MATTHEWS,

    Petitioner,                                          2:14-cv-00472-GMN-PAL

vs.

                                                             **ORDER**

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

      In this habeas corpus action, the respondents filed a motion to dismiss on July 13, 2015 (ECF No. 16). The petitioner, Jemar D. Matthews, is due to file a response to the motion to dismiss by August 17, 2015. *See* Order entered May 13, 2015 (ECF No. 15).

      Matthews has filed a motion for extension of time (ECF No. 21), requesting an extension of time for his response, to August 31, 2015. That would be a 14-day extension of time, not a 30-day extension, as petitioner's counsel calculates it. Counsel states that the extension of time is necessary because of his work in other cases and because of previously-scheduled vacation time. Petitioner's counsel indicates that respondents' counsel does not object to the extension of time.

      The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

      **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 21) is **GRANTED**. Petitioner shall have until and including **August 31, 2015**, to respond to the motion to dismiss.

      **IT IS FURTHER ORDERED** that, after petitioner responds to the motion to dismiss, respondents shall have twenty (20) days to reply.

      **DATED** this 30th day of July, 2015.

                                                                               _____
                                                                               Gloria M. Navarro, Chief Judge
                                                                               United States District Court